| | |
|---|---|
| 1 | Marc Van Der Hout, California Bar No. 80778 |
| | Stacey L. Gartland, California Bar No.184694 |
| 2 | Van Der Hout, Brigagliano & Nightingale, LLP |
| | 180 Sutter Street, Fifth Floor |
| 3 | San Francisco, California 94104 |
| | Telephone:  (415) 981-3000 |
| 4 | Facsimile:  (415) 981-3003 |
| | Email: ndca@vblaw.com |
| 5 | |
| 6 | Attorneys for Petitioners |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Shia Association of Bay Area, Inc., Nabi Raza Mir, Syeda Gulshan Zahera , A.R.M1., A.R.M2., A.R.M3., A.R.M4., and A.R.M5.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, Janet NAPOLITANO, Secretary, Department of Homeland Security; Alejandro MAYORKAS, Director of United States Citizenship and Immigration Services; Rosemary Langley Melville, Director of the USCIS California Service Center; Eric HOLDER, Attorney General, Department of Justice; Carol Keller, Office Director, San Jose,  California, United States Citizenship and Immigration Services;  Hilary CLINTON, Secretary of State; Perry, Rhew, Director of the USCIS Administrative Appeals Office; David V. AGUILAR, Deputy Commissioner, U.S. Customs and Border Protection<br><br>Defendants. | No. 11-01369 JF<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED BRIEFING and HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Immigration Case, Mandamus, Administrative Procedure Act<br><br>Before Honorable Jeremy Fogel |

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING and HEARING SCHEDULE ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
1
Case No. 11-01369 JF

This Court, having reviewed the Stipulated Briefing and Hearing Schedule on Plaintiffs' Motion for Preliminary Injunction, HEREBY ORDERS THE FOLLOWING BRIEFING AND HEARING SCHEDULE:

1) Plaintiffs' Motion for Preliminary Injunction and Points and Authorities in Support of Motion for Preliminary Injunction Due: April 8, 2011
2) Defendants' Response to Plaintiffs' Motion for Preliminary Injunction Due: April 15, 2011
3) Plaintiffs' Reply to Defendants' Response Due: April 27, 2011
4) Hearing on Motion for Preliminary Injunction Due: May 6, 2011

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/11/11

_____
Honorable Jeremy Fogel
United States District Court

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING and HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 11-01369 JF

CERTIFICATE OF SERVICE

I, Marc Van Der Hout, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On April 6, 2011, I caused to be served on opposing counsel the within:

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING and HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

with the Clerk of Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system.

I certify that Melissa Leibman, of the Office Immigration Litigation, who has entered her appearance on behalf of all defendants named in this case, is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

/s/ Marc Van Der Hout

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING and HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 11-01369 JF

3