1  MELISSA LEIBMAN, NYSBN 4442877
   Trial Attorney
2  United States Department of Justice
   Office of Immigration Litigation, DCS
3  450 5th Street, NW
   Washington, DC 20001
4  Tel: (202) 305-7016; Fax: (202) 305-7000
   Email: Melissa.Leibman@usdoj.gov
5
   Attorneys for Defendants
6
   Marc Van Der Hout, California Bar No. 80778
7  Stacey L. Gartland, California Bar No.184694
   Van Der Hout, Brigagliano & Nightingale, LLP
8  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
9  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
10 Email: ndca@vblaw.com

11 Attorneys for Plaintiffs

12
                    UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE
14

15 | Shia Association of Bay Area, Inc. et al, | No. 11-01369 JF |
   |---|---|
16 | Plaintiffs, | STIPULATION for Order on PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; and [PROPOSED] ORDER |
17 | v. | |
18 | United States of America, et al, | Immigration Case, Mandamus, Administrative Procedure Act Case |
19 | | |
20 | Defendants. | Before: Honorable Jeremy Fogel<br>Date: May 6, 2011<br>Time: 9:00 AM |

22

23

STIPULATION RE PI MOTION
                                    1                         Case No. 11-01369 JF

1   Pursuant to Civil Local Rules (Civil L-R) 7-12, the parties hereby respectfully request
2  that this Court approve the parties' stipulation regarding Plaintiffs' Motion for a Preliminary
3  Injunction.  The parties agree to the following terms:

4   1.   DHS agrees to facilitate Plaintiffs Nabi Raza Mir and Syeda Gulshan Zahera's
5        return to the United States at time of their choosing and convenience, if Mr. Mir and his
6        wife agree to (a) bring their previously provided Form I-512 Advance Parole documents
7        with them to the airport in Bangalore, India to facilitate this process; and (b) provide their
8        travel plans to DHS by reporting such plans to counsel for Defendants approximately one
9        week before the date of his flight to return to the United States, in order to allow enough
10       time for DHS to take the appropriate actions that will make travel possible; and

11  2.   DHS will provide Mr. Mir and his wife all of the rights and process due them
12       under the law, including the Immigration and Nationality Act, upon his return to the
13       United States; and

14  3.   DHS will provide to Plaintiffs, through counsel, the contact information for an
15       individual within DHS, including to the extent appropriate an individual posted at the
16       United States Embassy in New Delhi, who the Plaintiffs may contact regarding any
17       difficulties boarding their agreed upon flight at Bangalore Airport.

18  4.   The parties request that the May 6, 2011 hearing date be kept on calendar at this
19       time in case any issues arise with the proposed return of Mr. Mir and his wife to the U.S.
20       but agree that the briefing schedule may now be stayed pending resolution of the matters
21       with respect to the Preliminary Injunction Motion.

STIPULATION RE PI MOTION
2
Case No. 11-01369 JF

1 | Dated: April 13, 2011              Respectfully submitted,

2

3 |                                    /s/_____
                                    Marc Van Der Hout
                                    Stacey Gartland
4 |                                    Van Der Hout, Brigagliano & Nightingale, LLP
                                    Attorneys for Plaintiffs

5

6

7 | Dated: April 13, 2011              Respectfully submitted,

8 |                                    /s/_____
                                    Melissa S. Leibman
9 |                                    Trial Attorney
                                    United States Department of Justice
10 |                                   Office of Immigration Litigation, DCS
                                    Attorney for Defendants

11

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14 | Date:   4/15/11                    _____

15 |                                    Hon. Jeremy Fogel

16 |                                    United States District Judge

17

18

19

20

21

22

23

STIPULATION RE PI MOTION

3                           Case No. 11-01369 JF