**E-Filed 5/3/2011**

Marc Van Der Hout, California Bar No. 80778
Stacey L. Gartland, California Bar No.184694
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

MELISSA LEIBMAN, NYSBN 4442877
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS
450 5th Street, NW
Washington, DC 20001
Tel: (202) 305-7016; Fax: (202) 305-7000
Email: Melissa.Leibman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Shia Association of Bay Area, Inc. et al,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, et al,<br><br>Defendants. | No. 11-01369 JF<br><br>STIPULATION for Order to REMOVE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM HEARING CALENDAR;<br>and<br>[PROPOSED] ORDER<br><br>Immigration Case, Mandamus, Administrative Procedure Act Case<br><br>Before:  Honorable Jeremy Fogel<br>Date:  May 6, 2011<br>Time:  9:00 AM |

STIPULATION RE: REMOVAL OF PI MOTION FROM HEARING CALENDAR

1

Case No. 11-01369 JF

1    Pursuant to Civil Local Rules (Civil L-R) 7-12, the parties hereby respectfully request
2 that this Court approve the parties' stipulation to take Plaintiffs' Motion for a Preliminary
3 Injunction off the hearing calendar.
4    Plaintiffs filed their Complaint for Declaratory and Injunctive Relief and for Writ of
5 Mandamus on March 22, 2011.  On April 6, 2011, the parties filed a stipulated briefing and
6 hearing schedule on Plaintiffs' Motion for Preliminary Injunction.  Based on that stipulated
7 briefing schedule, Plaintiffs filed their motion for preliminary injunction on April 8, 2011.
8    In their motion for preliminary injunction, Plaintiffs moved for an order requiring
9 Defendants to return Plaintiffs Dr. Nabi Raza Mir and Syeda Gulshan Zahera to the United
10 States and restore them to the status they held prior to the revocation of their advance parole and
11 that, should Defendants decide to initiate removal proceedings against some or all of the
12 individual plaintiffs in this matter after they return them to the U.S., Plaintiffs would have the
13 right to renew their adjustment applications in the removal proceeding.  A hearing on the
14 motion for preliminary injunction was scheduled for May 6, 2011.
15    On April 13, 2011, the parties filed a joint stipulation to stay the briefing schedule
16 pursuant to Defendants' DHS' agreement to facilitate Plaintiffs Dr. Mir and Ms. Zahera's return
17 to the United States and afford them all of the rights and due process due to them under the law.
18 This Court signed an order approving the stipulation on April 15, 2011.
19    On April 25, 2011, pursuant to the Court's order and the joint stipulation, Plaintiffs Dr.
20 Mir and Ms. Zahera were permitted to return to the United States.
21    Based on Plaintiffs' Dr. Mir and Ms. Zahera's return to the United States, the parties
22 agree to the following:
23

STIPULATION RE: REMOVAL OF PI MOTION FROM HEARING CALENDAR
2
Case No. 11-01369 JF

1. The accelerated May 6, 2011 hearing date on Plaintiffs' Motion for Preliminary Injunction is not needed at this time and the hearing date may be removed from this Court's calendar. The parties will advise the Court if and when another date and briefing schedule is needed on Plaintiffs' motion.

Dated: April 28, 2011

Respectfully submitted,

/s/_____
Marc Van Der Hout
Stacey Gartland
Van Der Hout, Brigagliano & Nightingale, LLP
Attorneys for Plaintiffs

Dated: April 28, 2011

/s/_____
Melissa Leibman
Office of Immigration Litigation
Attorney for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/3/2011

_____
Hon. Jeremy Fogel
United States District Judge

STIPULATION RE: REMOVAL OF PI MOTION FROM HEARING CALENDAR
3
Case No. 11-01369 JF

CERTIFICATE OF SERVICE

I, Marc Van Der Hout, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On April 28, 2011, I caused to be served on opposing counsel the within:

STIPULATION for Order to REMOVE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM HEARING CALENDAR;
and
[PROPOSED] ORDER

with the Clerk of Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system.

I certify that Melissa Leibman, of the Office Immigration Litigation, who has entered her appearance on behalf of all defendants named in this case, is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

/s/ Marc Van Der Hout

STIPULATION RE: REMOVAL OF PI MOTION FROM HEARING CALENDAR

4

Case No. 11-01369 JF