\*\*E-Filed 5/18/2011\*\*

1  MELISSA LEIBMAN, NYSBN 4442877
   Trial Attorney
2  United States Department of Justice
   Office of Immigration Litigation, DCS
3  450 5th Street, NW
   Washington, DC 20001
4  Tel: (202) 305-7016; Fax: (202) 305-7000
   Email: Melissa.Leibman@usdoj.gov
5
   Attorneys for Defendants
6
   Marc Van Der Hout, California Bar No. 80778
7  Stacey L. Gartland, California Bar No.184694
   Van Der Hout, Brigagliano & Nightingale, LLP
8  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
9  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
10 Email: ndca@vblaw.com

11 Attorneys for Plaintiffs

12

13              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE

14

| | |
|---|---|
| Shia Association of Bay Area, Inc. et al, | No. 11-01369 JF |
| Plaintiffs, | STIPULATION for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint and for Filing, Briefing and Argument on Plaintiffs' Anticipated Summary Judgment Motion and ~~[PROPOSED]~~ ORDER |
| v. | |
| United States of America, et al, | |
| Defendants. | Immigration Case, Mandamus, Administrative Procedure Act Case |
| | Before:  Honorable Jeremy Fogel |

Stipulation RE Extension of Time to Answer                    Case No. 11-01369 JF

The parties hereby respectfully request that this Court approve the parties' stipulation to extend Defendants' time to answer or otherwise respond to Plaintiffs' Complaint and approve the parties' stipulation regarding the filing, briefing and argument on Plaintiffs' anticipated motion for summary judgment. The parties agree to the following terms:

1. Plaintiffs properly served the Complaint on March 25, 2011, and Defendants' Answer or Response is currently due on May 24, 2011; and

2. Defendants shall have until June 24, 2011, to answer or otherwise respond to the Complaint and to file the Certified Administrative Record; and

3. If Plaintiffs amend their complaint between June 3, 2011 and June 23, 2011, Defendants may have three weeks time from the date of any such filing to file their answer or other response to an amended complaint and to file the Certified Administrative Record.

4. Plaintiffs' anticipated motion for summary judgment is to be filed by July 22, 2011.

5. Defendant's opposition and/or cross motion is to be filed by August 12, 2011.

6. Plaintiffs' reply and/or opposition is to be filed by August 31, 2011.

7. Defendants' reply is to be filed September 14, 2011.

8. Argument will be heard on the motion(s) on October 6, 2011 1:30 p.m.

Dated: May 12, 2011            Respectfully submitted,

/s/_____
Marc Van Der Hout
Stacey Gartland
Van Der Hout, Brigagliano & Nightingale, LLP
Attorneys for Plaintiffs

Dated: May 12, 2011            Respectfully submitted,

/s/_____
Melissa S. Leibman
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS
Attorney for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/13/2011

Hon. Jeremy Fogel

United States District Judge

Stipulation RE Extension of Time to Answer                Case No. 11-01369 JF

CERTIFICATE OF SERVICE

I, Melissa Leibman, the undersigned, certify:

I am over the age of eighteen years and not a party to the within action or proceedings; I am a Trial Attorney for the United States Department of Justice and my office is located at 450 5th St. NW, Rm 6022 Washington, D.C., 20001.  On May 12, 2011, I caused the STIPULATION for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint and for Filing, Briefing, and Argument on Plaintiffs' Anticipated Summary Judgment Motion and [PROPOSED] ORDER to be filed with the Clerk of Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system.

I also certify that Marc Van Der Hout, of Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104, who has entered his appearance on behalf of Plaintiffs, is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

/s/_____
Melissa S. Leibman
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS

Attorney for Defendants