Marc Van Der Hout, California Bar No. 80778
Stacey L. Gartland, California Bar No.184694
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs


MELISSA LEIBMAN, NYSBN 4442877
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS
450 5th Street, NW
Washington, DC 20001
Tel: (202) 305-7016; Fax: (202) 305-7000
Email: Melissa.Leibman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Shia Association of Bay Area, Inc. et al,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, et al,<br><br>Defendants. | No. 11-01369 JF<br><br>STIPULATION for Filing, Briefing and Argument on Plaintiffs' Anticipated Summary Judgment Motion<br>and<br>[PROPOSED] ORDER<br><br>Immigration Case, Mandamus, Administrative Procedure Act Case<br><br>Before: Honorable Jeremy Fogel |

Stipulation re: Summary Judgment Briefing Schedule, and Hearing Date
1
Case No. 11-01369 JF

1  The parties hereby respectfully request that this Court approve the parties' stipulation to
2  extend Plaintiffs' time to file summary judgment and to approve the parties' stipulation
3  regarding the filing, briefing and argument on Plaintiffs' anticipated motion for summary
4  judgment.  The parties agree to the following terms:
5      1.    Plaintiffs' anticipated motion for summary judgment is to be filed by August 5,
6      2011.
7      2.    Defendants' opposition and/or cross motion is to be filed by August 26, 2011.
8      3.    Plaintiffs' reply and/or opposition is to be filed by September 23, 2011.
9      4.    Defendants' reply is to be filed by October 21, 2011.
10     5.    Hearing date to be determined.
11
12 Dated: July 20, 2011                    Respectfully submitted,
13
                                          /s/_____
14                                        Marc Van Der Hout
                                          Stacey Gartland
15                                        Van Der Hout, Brigagliano & Nightingale, LLP
                                          Attorneys for Plaintiffs
16
17
18 Dated: July 20, 2011                    Respectfully submitted,
19                                         /s/_____
                                          Melissa S. Leibman
20                                        Trial Attorney
                                          United States Department of Justice
21                                        Office of Immigration Litigation, DCS
                                          Attorney for Defendants
22
23

Stipulation re: Summary Judgment Briefing Schedule, and Hearing Date
2
Case No. 11-01369 JF

1  Pursuant to stipulation, IT IS SO ORDERED.

2

3  Date:  7/28/11

4                                           Hon. Jeremy Fogel

5                                           United States District Judge