IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIA ASSOCIATION OF BAY AREA, et al., | Case No. 11-1369 SC |
| Plaintiffs, | <u>JUDGMENT</u> |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On February 1, 2012, the Court issued an Order granting the motion for summary judgment filed by Plaintiffs in the above captioned matter. ECF No. 30 ("Order"). In accordance with the Court's Order, JUDGMENT is hereby entered in favor of Plaintiffs Shia Association of Bay Area, Inc., Nabi Raza Mir, Syeda Gulshan Zahera, A.R.M.1, A.R.M.2, A.R.M.3, A.R.M.4, A.R.M.5, and against Defendants United States of America; Janet Napolitano, Secretary, Department of Homeland Security; Alejandro Mayorkas, Director, United States Citizenship and Immigration Services; Rosemary Langley Melville, Director, USCIS California Service Center; Eric H. Holder, Jr., Attorney General, United States Department of

Justice; Carol Keller, Office Director, USCIS; Hilary Clinton, Secretary, United States Department of State; Perry Rhew, Director, USCIS Administrative Appeals Office; and David V. Aguilar, Deputy Commissioner, United States Customs and Border Protection.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: February 3, 2012

UNITED STATES DISTRICT JUDGE

2