Marc Van Der Hout, California Bar No. 80778
Stacey L. Gartland, California Bar No.184694
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

Melissa Leibman, NYSBN 4442877
Office of Immigration Litigation
District Court Section, US DOJ
450 5th Street, NW
Washington, DC 20001
Telephone: (202) 305-7016
Facsimile: (202) 305-7000
Email: Melissa.Leibman@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| Shia Association of Bay Area, Inc .et al, . <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, et al, <br><br><br> Defendants. | No. 11-01369 SC <br><br> **JOINT STIPULATION REGARDING DISMISSAL OF COMPLAINT AND SETTLEMENT OF ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** <br><br> Date:  N/A <br> Time: N/A |

JOINT STIPULATION REGARDING DISMISSAL OF COMPLAINT AND SETTLEMENT OF ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

1

# JOINT STIPULATION REGARDING DISMISSAL OF COMPLAINT AND SETTLEMENT OF ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Parties to this action, Plaintiffs: Shia Association of Bay Area, Inc., Nabi Raza MIR, Syeda Gulshan ZAHERA, A.R.M1., A.R.M2., A.R.M3., A.R.M4., and A.R.M5; and Defendants: United States of America, Janet NAPOLITANO, Secretary, Department of Homeland Security; Alejandro MAYORKAS, Director of United States Citizenship and Immigration Services ("USCIS"); Rosemary Langley MELVILLE, Director of the USCIS California Service Center; Eric HOLDER, Attorney General, Department of Justice; Carol KELLER, Field Office Director, San Jose, California, United States Citizenship and Immigration Services; Hillary CLINTON, Secretary of State; Perry, RHEW, Director of the USCIS Administrative Appeals Office; David V. AGUILAR, Deputy Commissioner, U.S. Customs and Border Protection, hereby stipulate as follows:

1. The Court shall dismiss with prejudice all of Plaintiffs' claims, including their Motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), except that the Court shall retain jurisdiction to enforce the terms of the attached Settlement Agreement (Exhibit A), which the parties have entered into to resolve, *inter alia*, the issues remaining in this case.

2. Prior to filing any action to enforce the terms of this Agreement, however, the parties agree to negotiate in good faith for a period of fourteen (14) days to resolve any dispute they may have over whether the terms of the Agreement have been complied with and may extend that fourteen (14) day period by agreement of the parties in order to obtain resolution of the dispute.  The fourteen (14) day period does not commence until either party notifies the

JOINT STIPULATION REGARDING DISMISSAL OF COMPLAINT AND SETTLEMENT OF ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

2

other through written communication by and to counsel for the parties via email or facsimile. Any motion for attorneys' fees and costs to enforce the terms of this Agreement shall be subject to a new motion for such fees and costs and subject to the terms and standards set forth under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The parties agree that the failure to comply with the deadlines in the settlement agreement due to "unforeseeable circumstances" does not constitute a violation of the settlement agreement. "Unforeseeable circumstances" include, but are not limited to, war, invasion, hostilities, virulent contagious disease outbreaks requiring quarantine, natural disasters, local fires, or other similar events that affect the ability of either party to comply with the settlement agreement deadlines.

Dated: December 20, 2012                    Respectfully submitted,

/s/
Marc Van Der Hout
Stacey Gartland
Van Der Hout, Brigagliano & Nightingale, LLP
Attorneys for Plaintiffs

/s/
Dated: December 20, 2012                    Melissa Leibman
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Attorney for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

Date: __January 7, 2013__                    _/s/ Samuel Conti_
Hon. Samuel Conti
United States District Judge

JOINT STIPULATION REGARDING DISMISSAL OF COMPLAINT AND SETTLEMENT OF ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

3